**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Matthew Blair | ) | Case No. 19-32819 |
| | ) | |
| Debtor | ) | CHAPTER 13 |
| | ) | |
| | ) | Judge A. Benjamin Goldgar |

**NOTICE OF OBJECTION TO CLAIM**

TO:

Marilyn O Marshall, Trustee  (via electronic notice)

United States Trustee (via electronic notice)

Matthew Blair, 9134 S Avers Ave, Evergreen Park, IL 60805

Verizon by American Infosource as agent, 4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Verizon Wireless Services, LLC c/o CT Corporation System
208 S. LaSalle, Suite 814, Chicago, IL 60604


PLEASE TAKE NOTICE that on August 13, at  9:30 a.m., I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, **either** in Courtroom 642 of the Dirksen United States Courthouse, 219 S. Dearborn, Chicago, IL 60604, or electronically as described below, and present Debtor's Motion to , a copy of which is attached.

**Important: Only parties in interest and their counsel may appear for the presentment of the motion electronically using Zoom for Government. All others must appear in person.**

- To appear by Zoom using the internet, use this link: https://www.zoomgov.com/. Then enter the Meeting ID and passcode.
- To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.
- Meeting ID and passcode. The meeting ID for this hearing is 161 319 7225 and the passcode is 584922. The meeting ID and passcode can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ _Michael C. Burr_
Borges & Wu, LLC.
53 W. Jackson Blvd., Suite 462
Chicago, IL 60604
312-853-0200

## CERTIFICATE OF SERVICE

I, Michael C. Burr,

•⎯ an attorney, certify

-or-

__ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown on July 12, 2024, by depositing the same in the U.S. Postal Service's mailbox at 53 W. Jackson, Suite 462, Chicago, IL 60604, except that the trustee, and U.S. Trustee were served electronically by the court on the above stated date.

/s/ _Michael C. Burr_
Borges & Wu, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Matthew Blair | ) | Case No. 19-32819 |
| | ) | |
| Debtor | ) | CHAPTER 13 |
| | ) | |
| | ) | Judge A. Benjamin Goldgar |

## OBJECTION TO CLAIM #2 OF VERIZON

NOW COMES debtor(s), by and through counsel, on an Objection to Claim #2 of Verizon under 11 U.S.C. § 502, and states to the court as follows:

1. The court has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. The debtor filed a petition for relief and a plan under Chapter 13 of the Bankruptcy Code on November 18, 2019.

4. The plan was confirmed on March 12, 2020 calling for 60 monthly payments of $685 with a 100% dividend on unsecured claims.

5. Claim No. 2 on this case is from Verizon (no further official name) alleging $2,834.61 owed for "Services Rendered." (Attached is a copy of the claim.)

6. According to the documentation, the account was established February 7, 2018 and the last transaction was April 24, 2018 (see P.4 of the claim).

7. The debtor alleges the account was fraudulently set up by some other person and is not owed by him.

8. Immediately upon finding out about the account, he contacted Verizon to dispute its validity and was allegedly told not to worry about it.

9. Additionally, on February 24, 2018, the debtor made out a police report alleging identity theft. This was done one day after receiving a bill from Verizon on February 23rd. (Attached is the 2 page police report.)

10. No additional documentation was attached by Verizon indicating who established the account or showing any sort of signature of the debtor.

11. At the time of the dispute, the amount owed was $485.16 and should have never ballooned to the alleged balance on the proof of claim.

12. This objection is being served on the address listed on the proof of claim and on the registered agent for Verizon Wireless in an attempt to obtain service on the appropriate entity. The documentation merely lists Verizon Wireless as the "Previous Creditor" and Verizon as the "Current Creditor," however a search of corporations in Illinois does not list an entity with just the name Verizon.

13. It is believed that the claim was incompletely filled out by Verizon's agent thereby making it difficult to find the true registered agent.

WHEREFORE, debtor(s) requests that the court enter an order disallowing Claim #7 of Verizon, in its entirety or at least allowing no more than $485.16.

          Respectfully submitted,

          /s/ _Michael C. Burr_
          Borges & Wu, LLC.
          53 W. Jackson, Suite 462
          Chicago, IL 60604
          312-853-0200